**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DEQSER LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-10687 (CTG) |
| In re:<br><br>KNY 26671 LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-10688 (CTG) |

**ORDER DIRECTING JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of the Debtors for an order, pursuant to sections 105(a) and 342(c)(1) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, directing joint administration of these cases and administratively consolidating the respective Chapter 11 Cases of each Debtor for procedural purposes only, all as further described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon consideration of the First Day Declaration, the record of the Hearing and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion

best interests of the Debtors' estates, their creditors and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is hereby granted as set forth herein.

2. The Debtors' Chapter 11 Cases shall be (a) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (b) consolidated for procedural purposes only.

3. The Clerk of the Court shall maintain one (1) file and one (1) docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of debtor Deqser LLC, Case No. 25 – 10687 (CTG).

4. The pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption in the following form:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT of DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DEQSER LLC, et al.,[1] | Case No. 25-10687 (CTG) |
| Debtors. | (Jointly Administered) |

5. Parties in interest are directed to use the proposed caption as indicated in the preceding paragraph when filing pleadings with the Court in these Chapter 11 Cases and all original

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Deqser LLC (8269) and KNY 26671 LLC (9132).

2

docket entries shall be made in the case of Deqser LLC., 25-10687 (CTG). The caption set forth in the preceding paragraph satisfies the requirements of the first sentence of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n) in all respects.

6. The following docket entry shall be made in each of the above-captioned cases to reflect the procedural consolidation and joint administration of the Chapter 11 Cases as set forth herein:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Deqser LLC and KNY 26671 LLC. All further filings and docket entries shall be made in the chapter 11 case of Deqser LLC, Case No. 25-10687 (CTG).

7. The Debtors are authorized to file a single consolidated list of the top twenty unsecured creditors in each Chapter 11 Case.

8. Nothing contained in this Order or in the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Order is effective immediately upon its entry and the Clerk of the Court is hereby directed to enter this Order on the docket in each case.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: April 21st, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**